UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:25-cv-23897

KIMBERLY FRANCOIS,
a citizen and resident of California,

Plaintiff,

vs.

CARNIVAL CORPORATION,
d/b/a CARNIVAL CRUISE LINES,

Defendant.
_______________________________________/

**COMPLAINT FOR DAMAGES**

Plaintiff, KIMBERLY FRANCOIS, a citizen and resident of California, hereby sues Defendant, CARNIVAL CORPORATION, with its principal place of business in Florida doing business as CARNIVAL CRUISE LINES ("Defendant CARNIVAL"), and alleges the following:

**JURISDICTION, VENUE AND PARTIES**

1. This is an action for damages in excess of seventy-five thousand ($75,000.00) dollars, exclusive of interest and costs.

2. Plaintiff, KIMBERLY FRANCOIS, is a resident and citizen of California, and is otherwise *sui juris*.

3. Defendant, CARNIVAL, is an American corporation with its principal place of business in Miami-Dade County, Florida. Defendant CARNIVAL is a citizen of Florida for purposes of determining subject matter jurisdiction over this action.

4. At all material times Defendant CARNIVAL CORPORATION, was operating under the fictitious name "CARNIVAL CRUISE LINES" ("CARNIVAL").

5. The damages and injuries suffered by Plaintiff support an award of damages in excess of $75,000.00, exclusive of interest and costs.

6. This case has admiralty subject matter jurisdiction pursuant to 28 U.S.C. § 1333 since the accident occurred on a cruise ship in open waters and has the potential to impact maritime commerce.

7. At all material times, Defendant CARNIVAL has conducted ongoing substantial and not isolated business activities in Miami-Dade County, Florida, so that in personam jurisdiction over Defendant exists in the United States District Court for the Southern District of Florida.

8. At all material times, the Defendant has engaged in the business of operating maritime cruise vessels for fare paying passengers, including the Plaintiff.

9. In the operative ticket contract, the Defendant requires fare-paying passengers such as the Plaintiff to bring any lawsuit against it arising out of injuries or events occurring on the cruise voyage in this federal judicial district, and venue is proper in this Court.

10. Venue is also proper in this district because the Defendant's principal places of business is located within this district.

11. Plaintiff has complied with all conditions precedent to bringing this action, including providing Defendant with timely notice as required by the ticket contract.

**LIABILITY AND DAMAGE ALLEGATIONS COMMON TO ALL COUNTS**

12. At all material times, Defendant CARNIVAL was engaged in the business of operating maritime cruise vessels for fare paying passengers and for this purpose operated, among other vessels, the "CARNIVAL RADIANCE".

13. On July 31, 2024, Plaintiff was a fare paying passenger aboard the "CARNIVAL RADIANCE" and in that capacity was lawfully present aboard the vessel.

14. On July 31, 2024, Plaintiff was at the bar area when she slipped and fell on a wet, slippery, transitory and/or foreign liquid substance on the floor surface. As a result, she sustained serious injuries.

**COUNT I - NEGLIGENCE**

15. Plaintiff adopts, realleges and incorporates by reference all allegations of Paragraphs 1 through 14 above and further alleges the following matters.

16. At all material times, Defendant CARNIVAL owed Plaintiff, as a fare paying passenger, a duty of reasonable care for her safety, including a duty to maintain its vessel, including the bar floor surface in the area where Plaintiff slipped and fell, in a reasonably safe condition.

17. On July 31, 2024, Defendant breached its duty in that it allowed a wet and slippery substance to be present on the floor surface causing Plaintiff to fall and suffer serious injuries.

18. As a result, of the Defendant's negligence, Plaintiff slipped, fell, and sustained serious injuries.

**WHEREFORE,** Plaintiff demands judgment against Defendant CARNIVAL for compensatory damages, interest and the costs of this action and further demands trial by jury of all issues so triable as of right.

**DEMAND FOR JURY TRIAL**

The Plaintiff hereby demands trial by jury of all issues so triable as of right.

Dated: August 29, 2025

**CHALIK & CHALIK, P.A**.
Attorneys for Plaintiff
10063 N.W. 1st Court
Plantation, Florida 33324

Tel.: (954) 476-1000
Fax: (954) 472-1173
Service: litigation@chaliklaw.com

By: /s/ Debi Chalik
DEBI F. CHALIK
Florida Bar No. 179566
Debi@chaliklaw.com